1   MICHAEL M. HERRICK, Bar No. 63666
2   HERRICK LAW OFFICES
    1750 Montgomery Street, # 1104
3   San Francisco, CA 94111-1063
4   Telephone: (415) 781 2804;
    Facsimile: (415) 781 8446
5
    Attorney for Plaintiff
6   JOHN HERNANDEZ
7

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11                                              CASE NO. **CIV-F-04-6662-REC-DLB**
12  JOHN HERNANDEZ,
13            Plaintiff,
                                                **PLAINTIFF'S NOTICE OF**
14  v.                                          **DISMISSAL, WITH PREJUDICE,**
                                                **OF UNANSWERED COMPLAINT**
15  CCTV MARKETING, INC.,                       [FRCP 41(a)(1)(i)]
16            Defendants.
17

18        Plaintiff, JOHN HERNANDEZ, Is, through his counsel of record, and

19  pursuant to the Federal Rules of Civil Procedure 41(a)(1)(i), hereby dismisses this

20  entire action with prejudice.

21

22  DATED:   **MAR 1 0 2005**

23                           HERRICK LAW OFFICES

24

25                           By
26                              Michael M. Herrick
                                Attorney for Plaintiff
27                              JOHN HERNANDEZ

28
                             It is so Ordered. Dated: aug. 26 05

                             1

                             United States District Judge